UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD L. MCCOY,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>WARDEN DORMAN,<br><br>　　　　Respondent. | No. 1:21-cv-00978-NONE-JLT (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING PETITION FOR WRIT OF HABEAS CORPUS, AND DIRECTING THE CLERK OF COURT TO ASSIGN A DISTRICT JUDGE FOR PURPOSE OF CLOSING CASE AND THEN TO CLOSE CASE<br><br>(Doc. No. 5) |

　　　　Petitioner is a federal prisoner proceeding *in propria persona* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. On June 23, 2021, the assigned magistrate judge issued findings and recommendations recommending that the pending petition be dismissed. (Doc. No. 5.) These findings and recommendations were served upon all parties and contained notice that any objections were to be filed within twenty-one days from the date of service of that order. On July 6, 2021, petitioner filed objections to the findings and recommendations. (Doc. No. 7.)

　　　　In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), the court has conducted a de novo review of the case. Having carefully reviewed the entire file, including petitioner's objections, the court concludes that the findings and recommendations are supported by the

1

record and proper analysis. Petitioner's objections present no grounds for questioning the magistrate judge's analysis.

The plain language of 28 U.S.C. § 2253(c)(1) does not require the issuance of a certificate of appealability for an appeal from an order denying a petition for writ of habeas corpus brought pursuant to 28 U.S.C. § 2241, as any appeal here would be, as opposed to an appeal from a final order in a habeas proceeding in which the detention complained of arises out of process issued by a State court. *Forde v. U.S. Parole Commission*, 114 F.3d 878 (9th Cir. 1997); *see Ojo v. INS*, 106 F.3d 680, 681-682 (5th Cir. 1997); *Bradshaw v. Story*, 86 F.3d 164, 166 (10th Cir. 1996).

Accordingly, the court orders as follows:

1. The findings and recommendations, filed June 23, 2021 (Doc. No. 5), are ADOPTED IN FULL;
2. The petition for writ of habeas corpus is DISMISSED;
3. The clerk of court is DIRECTED to assign a district judge to this case for the purpose of closing the case and then to close the case; and,
4. No certificate of appealability is required.

IT IS SO ORDERED.

Dated: **October 11, 2021**

UNITED STATES DISTRICT JUDGE